IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LINDA TAYLOR, SANDRA COX, and TONYA DIXON, individually and on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>INTERNAL HEALTH AND MEDICAL SERVICES, LLC, et al.,<br><br>    Defendants. | No. 2:23-cv-02663-SHL-cgc |

**ORDER TO STAY PROCEEDINGS**

Before the Court is Defendant Margaret Henderson-Lee's notice of her pending petition for Chapter 13 bankruptcy. (ECF No. 72.) She filed her bankruptcy petition on November 6, 2024. (Id. at PageID 316.) Her counsel became aware of the proceeding on June 24, 2025. (Id.) 11 U.S.C. § 362(a) imposes an automatic stay that arises immediately upon the filing of a bankruptcy petition. There being no room for discretion, the Court **ORDERS** that this matter is **STAYED** pending resolution of Henderson-Lee's bankruptcy. The parties are **ORDERED** to notify the Court immediately when the bankruptcy action is complete and to provide a status update on the proceeding on **December 1, 2025**.

    **IT IS SO ORDERED,** this 30th day of June, 2025.

                                          s/ Sheryl H. Lipman
                                          SHERYL H. LIPMAN
                                          CHIEF UNITED STATES DISTRICT JUDGE