IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LINDA TAYLOR, SANDRA COX, and TONYA DIXON, individually and on behalf of themselves and others similarly situated,<br><br> Plaintiffs,<br><br>v.<br><br>INTERNAL HEALTH AND MEDICAL SERVICES, LLC, et al.,<br><br> Defendants. | No. 2:23-cv-02663-SHL-cgc |

**ORDER FOR SECOND STATUS UPDATE ON BANKRUPTCY PROCEEDING**

 Before the Court is Defendant Margaret Henderson-Lee's Status Report on her pending petition for Chapter 13 bankruptcy. (ECF No. 74.) The Court previously stayed proceedings in this matter on June 30, 2025, because 11 U.S.C. § 362(a) imposes an automatic stay that immediately arises upon the filing of a defendant's bankruptcy petition. (ECF No. 73.) The Bankruptcy Court for the Western District of Tennessee dismissed Henderson-Lee's petition in early October, but later reinstated it. (ECF No. 74 at PageID 319.)

 Because Henderson-Lee's bankruptcy proceeding remains pending, the stay here remains in effect. The Parties are **ORDERED** to notify the Court immediately when the bankruptcy action is complete and to provide a second status update on that proceeding by **June 1, 2026,** if it did not conclude before that date.

 **IT IS SO ORDERED,** this 29th day of December, 2025.

                s/ Sheryl H. Lipman
                SHERYL H. LIPMAN
                CHIEF UNITED STATES DISTRICT JUDGE